CLOSED

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 APR 20 P 12:45

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE STATE OF NEW JERSEY

-----------------------------------------------x

**HAXHI SADIKU,    A 73616135**

Petitioner,

Case No. 07-1779 (SRC)

v.

UNITED STATES JUSTICE DEPARTMENT,
DEPARTMENT OF IMMIGRATION
UNITED STATES HOMELAND SECURITY,
ELIZABETH DETENTION CENTER, ELIZABETH, NEW JERSEY
  Respondents(s).

MOTION TO DISCONTINUANCE
(REQUESTING TO REMOVE PETITION)

-----------------------------------------------x

**ON BEHALF OF THE RESPONDANT:**

HOWARD WEBER ESQ.
2530 Gerritsen Avenue
Brooklyn, New York 11229-5944

ELIZABETH DETENTION CENTER, 625 EVANS STREET, ELIZABETH, NEW JERSEY 07201

THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY ADDITIONAL RESPONDANT.

United States Department of Homeland Security, Immigration Deportation and Customs Enforcement Officer, Officer Susan Mason.

  I, Attorney Howard Weber, hereby request the United States District Court For The District Of The State Of New Jersey removal of the petition filed on April 16th, 2007. "Petition to Halt Removal Proceedings", "Petition For Writ Of Habeas Corpus By A Person In State Custody", see Exhibit "A", "Petition For Review", see Exhibit "B".

Respectfully submitted,

Howard Weber, Esq.
Attorney for Petitioner

*Pursuant to petitioners request the petition is hereby dismissed.*

/s/